IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ, | No. 2:17-CV-1508-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CA. HOSPITAL CARE FACILITY, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.


DATED: August 6, 2018

                                                           **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE